1983 Form

# In the United States District Court
# For the Northern District of Alabama

Eddie Vandergrift

CV-17-P-0235-tl

(Enter above the full name(s) of the plaintiff(s) in this action)

Captain John Hutton
Warden Willie Thomas
Warden Deborah Toney
Warden Willie Bennett

(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (✓)

B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

   Plaintiff(s): _____

   Defendant(s) _____

2. Court (if Federal Court, name the district; if State Court, name the county)

   _____

3. Docket Number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

    _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement _____

   A. Is there a prisoner grievance procedure in this institution?
      Yes (✓)   No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes (✓)   No ( )

   C. If your answer is YES:
      1. What steps did you take? I Filed A grievance As Allowed To Correctional Officer Sgt. Sealey
      2. What was the result? I Received No Response At All

   D. If your answer is NO, explain why not? _____

III. Parties
   In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) Eddie Vandergrift

      Address 565 Bibb Lane, Brent AlA. 35034

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant **Captain John Hutton**
   is employed as **Captain of Security**
   at **Bibb Correctional 565 Bibb Lane, Brent Ala. 35034**

C. Additional Defendants **Warden Willie Thoma, Warden Deborah Toney, Warden Willie Bennett. All Addressed At 565 Bibb Lane, Brent, Ala. 35034**

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

On October 16, 2016 at approximately 5:30 p.m. I was assigned to F-1-Dormitory, and during the Alleged Time" I was asleep in my bed as I was awaken by a Institutional Mental Patient" known as Inmate Haynes, as this inmate boiled hot water, with shaving powder and baby oil mixed together on me while I was asleep, and when I awoke from sleep" I jumped out of bed trying to get away from the inmate" but the inmate had a prison made knife as he approached behind me and was able to stab me twice at the

- 3 -

BASE of my Neck, As other Inmates Had To secure The Inmate "Because There was NO officer Inside The Dormitory, And This Incident was Captured under Video survelliance From October 16, 2016.
I was Taken To The prison Health care

V. **RELIEF**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Am Asking The Court of Monetory Damages In The Amount of $200,000.00 Dollars, Due To punative Damages Mental Stress, pain And suffering, And Burn Marks For life over 70% of my upper Body

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2-8-17
(date)

Eddie Vandergrift
Signature(s)

- 4 -

## Continued Statement of Claim

unit by inmates and a officer, and once I was being treated by nurses "I was told by a nurse, that if one of the stabb wounds would have been a half-inch deeper, I had a 99.9% chance of dying.

Also, I received 3rd degree burns to my chest, sholders, neck, and back area "which I'm scared for life'," and I was sent to the Brookwood Medical Center "where doctors sewed up my stabb wounds, and told me I was blessed to be alive or walking.

After returning back to Bibb County prison Facility "I was placed into the prison Health Care unit, where I was being treated daily for my burn's" and received changing of bandages, two or three times a day "as I did remain in the health care unit from mid-october, until November 6, 2017

After being released from the prison Health care unit" I met with Internal Intelligence unit" and was asked did I want to press charges on the inmate who had stabbed me, and caused severe burns upon my body" And I told them yes" I wanted to press charges.

(2)

## Continued Claim

And I was then told, that this was <u>a lack of security matter</u>, under <u>video surveillance</u>.

Also, Every since the incident has taken place" I have been mentally stressed, I can't really sleep, <u>because of being afraid</u> "And the more I think about the matter its hurtful to understand "That my upper body will have severe burns the rest of my life "All because of prison officials lack of security.

Respectfully Submitted
Eddie Vandergrift



Eddie VANDERGRIFT #158266 E-3-10A
565 BIBB LANE
BRENT, ALA. 35034

BIRMINGHAM AL 350
10 FEB 2017 PM 2 L

CLERK
U.S. District Court
Northern District of Alabama
1729 5th AVE NO.
B'HAM, ALA. 35203

Legal
Mail